UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ARTHUR WILLIS ) | Case No. 16-26458 |
| MARY SUE WILLIS ) | (Chapter 11) |
| ) | (Jointly Administered) |
| Debtor ) | Case No. 17-14376 |
| ) | |

### APPLICATION TO EMPLOY COUNSEL FOR THE DEBTORS

WILLIAM ARTHUR WILLIS (the "Debtor"), and MARY SUE WILLIS (the "Co-Debtor") (Collectively, the "Debtors") hereby file this Application to Counsel for the Debtors (the "Application"), and states as follows:

### FACTUAL STATEMENT:

On December 16, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On or about March 29, 2017, (the "Second Petition Date"), the "Co-Debtor" who is the Debtor's wife, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Both the Debtor and Co-Debtor (collectively, the "Debtors") continue in possession of their property and manage their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107-1108 of the Bankruptcy Code.

The Debtors wish to employ Sari Kurland, Esquire and The Kurland Law Group, 211 Jersey Lane, Rockville, MD 20850 (the "Firm"). Ms. Kurland, a Martindale AV rated lawyer has been practicing law for more than 25 years and in this court since 1991. She has extensive bankruptcy experience as well as significant experience bringing actions against banks and mortgage companies for lending and servicing improprieties.

Ms. Kurland and her Firm are being retained by the Debtors' son, Thomas Willis, at this time to assist his parents with their current bankruptcy cases. Mr. Thomas Willis understands and agrees that he will not direct the case or demand the release of confidential information, if any from counsel. The parties

agree that this retainer agreement (Attached as "Exhibit A") will terminate if and when the court confirms Debtors' Chapter 11 Plan. At that time, Mr. and Mrs. Wills will execute a separate retainer agreement with Ms. Kurland and The Kurland Law Group for the purposes of "investigation of a civil action or actions concerning recoveries of monies or other remedies against certain financial institutions and others." The focus of this investigation is the actions of their former accountant E. Jean Anthony and her CPA firm and its employees, officers, affiliates and others who are may face liability to this estate (and the estate of Sailing Emporium, an affiliated case to this pending matter).

The terms of engagement at this time are hourly at the rate of $400.00 per hour for Ms. Kurland and $350 per hour for Associate Attorneys. Section 327(e) of the Code permits that:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C § 327(e) (2017).

Although not required in such application, the Firm and Ms. Kurland are a "disinterested person" as that term is defined 11 U.S.C. § 101(14). Ms. Kurland and her Firm have no connection with the United States Trustee, or any person employed by the United States Trustee. Additionally, Ms. Kurland and her Firm do not represent any interests adverse to the estate. Nor would concurrent employment by these estates and that of the Sailing Emporium create any adversity.

**WHEREFORE**, the Debtor requests that this Honorable Court enter an Order that:

(i) Authorizes the employment of Sari Kurland and The Kurland Law Group to represent the Debtors in connection with their ongoing bankruptcy case in areas contemplated within the retainer; and

    (ii)    Grants such other relief as equity and justice may require.

Respectfully Submitted,
-------/S/ Sari Kurland ---------

Sari K. Kurland, Esquire (#09174)
The Kurland Law Group
211 Jersey Lane
Rockville, MD 20850
(301) 424-2834 - Skurland2@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2018, a copy of the foregoing Debtor's Application, with an affidavit of Counsel and a proposed form of Order, was served via first-class mail, postage prepaid, or by ECF, upon:

Office of the United States Trustee    (VIA ECF)
101 West Lombard Street; 2nd Floor
Baltimore, MD 21201

William Arthur Willis    (VIA EMAIL)
Mary Sue Willis
4324 Eastem Neck Road
Rock Hall, MD 21661

(And the matrix of creditors and parties in interest)

/S/ Sari Karson Kurland

Sari Karson Kurland

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ARTHUR WILLIS ) | Case No. 16-26458 |
| MARY SUE WILLIS ) | (Chapter 11) |
| ) | (Jointly Administered) |
| Debtor ) | Case No. 17-14376 |
| ) | |

## ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR THE DEBTORS

UPON CONSIDERATION OF THE Application to Employ Counsel for the Debtors (the "Application"), WILLIAM ARTHUR WILLIS (the "Debtor"), and MARY SUE WILLIS (the "Co-Debtor") (Collectively, the "Debtors"), and any opposition thereto, the Court finding no adversity exists between proposed counsel and these estates, and finding to the extent appropriate or necessary that counsel is a disinterested person, it is HEREBY

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Sari Karson Kurland, Esquire and The Kurland Law Group is APPROVED as counsel pursuant to 11 U.S.C. § 327(e) in connection with the scope of engagement identified in the retainer agreement and as explained in the Application.

cc:   John D. Burns, Esquire
      The Burns LawFirm, LLC
       6303 Ivy Lane; Suite 102
       Greenbelt, Maryland 20770

Office of the United States Trustee
101 West Lombard Street; 2nd Floor
Baltimore, MD 21201


William Arthur Willis
Mary Sue Willis
4324 Eastem Neck Road
Rock Hall, MD 21661

 (And the matrix of creditors and parties in interest)

**(END OF ORDER)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 16-26458<br>District of Maryland<br>Baltimore<br>Mon Dec 17 10:48:33 EST 2018 | Brawner Company, Inc.<br>c/o John T. Farnum, Esq.<br>Linowes and Blocher LLP<br>Suite 800<br>Bethesda, MD 20814 | M2 Lease Funds, LLC<br>c/o Adam M. Spence<br>m2/SailingEmporium<br>P.O. Box 160<br>Phoenix, MD 21131-0160 |
| Maryland Department of Housing and Community<br>c/o Wendy D. Pullano<br>Bregman, Berbert, Schwartz & Gilday, LLC<br>7315 Wisconsin Avenue<br>Suite 800 West<br>Bethesda, MD 20814-3217 | New Penn Financial, LLC d/b/a Shellpoint Mor<br>c/o David Rosen, Esq.<br>1861 Wiehle Avenue, Suite 300<br>Reston, VA 20190-5255 | TD Auto Finance, LLC<br>c/o Jacob Zweig, Esq.<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 |
| The Peoples Bank<br>McAllister, DeTar, Showalter & Walker<br>c/o Adam M. Lynn<br>100 N. West Street<br>Easton, MD 21601-2710 | The Sailing Emporium, Inc.<br>P. O. Box 597<br>Rock Hall, MD 21661-0597 | US Trustee - Baltimore 11<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 |
| Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | Adam Lynn<br>100 N West St<br>Easton MD 21601-2710 | Atlantic Auctions, Inc.<br>802A Belair Rd<br>Bel Air, MD 21014-4212 |
| BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC<br>7315 Wisconsin Avenue, Suite 800 West<br>Bethesda, Maryland 20814-3217 | Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28202-4024 | Bank of America<br>4909 Savarese Cir<br>Tampa FL 33634-2413 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>PO Box 26012<br>Greensboro, NC  27420-6012 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| CBNA<br>P.O. Box 6283<br>Sioux Falls SD 57117-6283 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Care Credit/ Synchrony Bank<br>PO Box 965064<br>Orlando, FL  32896-5064 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Citi<br>P.O. Box 6241<br>Sioux Falls SD 57117-6241 | CitiBank<br>PO Box 790040<br>Saint Louis, MO  63179-0040 |
| CitiMortgage, Inc.<br>P. O. Box 6243<br>Sioux Falls, SD 57117-6243 | Commenity Bank/Talbot<br>P.O. Box 182789<br>Columbus OH 43218-2789 | Comptroller of Maryland<br>110 Carroll St<br>Annapolis, MD  21411-1000 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | DLLR<br>500 N Calvert St<br>Baltimore, MD 21202-3659 |

| | | |
|---|---|---|
| Demetrious Kaouris<br>300 Academy St<br>Cambridge MD 21613-1879 | Department of Housing and Community Developm<br>7800 Harkins Rd<br>Lanham, MD 20706-1333 | Douglas Walker<br>100 N West St<br>Easton MD 21601-2710 |
| Gap/Synchrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kent County Property Tax<br>400 High St<br>Chestertown, MD 21620-1312 |
| Kent County Solicitor<br>103 North Cross Street<br>Chestertown, MD 21620-1553 | Lowes/Synchrony<br>PO Box 965005<br>Orlando, FL 32896-5005 | M&T Bank<br>PO Box 1508<br>Buffalo, NY 12420 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M2 Leasing<br>175 N Patrick Blvd Ste 140<br>BRookfield WI 53045-5811 | MCYDSNB<br>P.O. Box 8218<br>Mason OH 45040-8218 |
| Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Maryland Department of Housing and Community<br>c/o Wendy D. Pullano<br>Bregman, Berbert, Schwartz & Gilday, LLC<br>7315 Wisconsin Ave., Ste. 800W<br>Bethesda, MD 20814-3217 | McAllister, DeTar, Showalter & Walker LL<br>100 N West St<br>Easton, MD 21601-2710 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | New Penn Financial LLC dba Shellpoint Mortga<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville SC 29603-0826 | Newpennfin-Shellpoint<br>75 Beattie Pl Ste 300<br>Greenville SC 29601-2138 |
| Nordstorm FSB<br>PO Box 6555<br>Englewood, CO 80155-6555 | Norstrom/TD<br>13531 E Caley Ave<br>Englewood CO 80111-6505 | SYNCB<br>P.O. Box 965005<br>Orlando FL 32896-5005 |
| Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | Shellpoint Mortgage Servicing<br>75 Beattie Pl Ste 300<br>Greenville, SC 29601-2138 | State of Maryland - Dept of Assessments<br>301 W Preston St<br>Baltimore, MD 21201-2383 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust<br>PO Box 85526<br>Richmond, VA 23285-5526 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TD Auto Finance<br>PO Box 9223<br>Farmington, MI 48333-9223 | Talbot<br>175 Beal St<br>Hingham MA 02043-1512 |

| | | |
|---|---|---|
| Talbots/Comnity Bank<br>PO Box 182126<br>Columbus, OH  43218-2126 | The Peoples Bank<br>100 Spring Ave<br>Chestertown, MD  21620-1343 | The Peoples Bank<br>c/o Adam Lynn<br>100 N West St<br>Easton MD 21601-2710 |
| U.S Securities and Exchange Commission<br>100 F St NE<br>Washington, DC  20549-2000 | U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3119 | US Attorney for District of Maryland<br>Rod J Rosenstein, Esq<br>36 S Charles St Fl 4<br>Baltimore, MD 21201-2692 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Department of Justice<br>Loretta Lynch, Esq.<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0009 | Visa Dept Store National Bank<br>PO Box 8053<br>Mason, OH  45040-8053 |
| Wilmington Trust Co<br>1100 N Market St<br>Wilmington DE 19801-1281 | Alan P. Stokes<br>Century Accounting & Financial Services<br>7 Deneison St<br>Timonium, MD 21093-2301 | John Douglas Burns<br>The Burns LawFirm, LLC<br>6303 Ivy Lane, Ste. 102<br>Greenbelt, MD 20770-6322 |
| Mary Sue Willis<br>4324 Eastern Neck Rd<br>Rock Hall, MD 21661 | Roy L. Mason<br>Smouse & Mason, LLC<br>502 Washington Ave.<br>Suite 710<br>Towson, MD 21204-4547 | William Arthur Willis<br>4324 Eastern Neck Rd<br>Rock Hall, MD 21661 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso TX 79998-2238 | Branch of Reorganization<br>Sec & Exch Commission<br>3475 Lenox Rd NE STe 1000<br>Atlanta GA 30327-1232 | (d)Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 |
| Capital One Bank NA<br>15000 Capital One Dr<br>Richmond VA 23238-1119 | Internal Revenue Servic<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | (d)Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |
| M&T Bank<br>1 Fountain Plz Fl 4<br>Buffalo, NY  14203-1420 | Nationstar Mortgage<br>350 Highland Dr<br>Lewisville TX 75067-4177 | US Bank<br>4325 17th Ave S<br>Fargo ND 58103-3538 |
| (d)US Bank/RMS CC<br>PO Box 108<br>Saint Louis, MO  63166-0108 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)United States of America                (d)TD Auto Finance, LLC                    (u)Larry Schwartz
                                           c/o Jacob Zweig, Esq.
                                           1000 Ridgeway Loop Rd, Suite 200
                                           Memphis, TN 38120-4036


End of Label Matrix
Mailable recipients    74
Bypassed recipients     3
Total                  77

# Exhibit A



**Kurland Law Group**

Admitted MD, DC, & IL Bars

### RETAINER AGREEMENT

I, Tom Willis, (Client), hereby retain the services of The Kurland Law Group, 211 Jersey Lane, Rockville, MD 20850, (301) 424-2834 (the Firm), to assist William Arthur and Mary Sue Willis with their individual Chapter 11 bankruptcy cases through Plan Confirmation. I agree to pay an initial retainer of Five Thousand Dollars ($5,000.00) and that I will be billed on an hourly basis per the rates set forth below. I will make a monthly payment of $5,000 on the first of each month and each month thereafter through Plan Confirmation. Upon confirmation of the Chapter 11 Plan my obligations will cease and William Arthur and Mary Sue Willis will engage the Kurland Law Group directly for representation in connection with their claims against E. Jean Anthony and her CPA firm.

In consideration of work performed before the date of this Agreement and the reservation of our time to properly handle your case through conclusion, **the fee/prepaid retainer of $5,000.00 will be placed in our operating account and not in an attorney trust/escrow account, and will become KLG's property and subject to claims of KLG's creditors. Likewise, these funds may be spent or otherwise unavailable for immediate refund. By signing below, knowing that fees paid in advance for representation could be placed in our trust/escrow account and remain your property until earned by us, you agree that the fee will be placed in our operating account.**

*[Initials]*
Initial(s)

I agree to pay an hourly fee of Four Hundred Dollars ($400.00) for said legal services provided by Ms. Kurland, Three Hundred and Fifty Dollars ($350.00) for legal services provided by an Associate Attorney, and Two Hundred Dollars ($200.00) for the legal services provided by a Paralegal. I further agree that if additional services are required, a retainer in the amount requested by my attorney will be held in the law firm's escrow account until such time as the firm has billable time on my case. All billable time will be billed against said retainer and will be payable upon billing. When said retainer has been expended, I hereby agree to pay an additional retainer in an equal amount of the original retainer herein referred to or an amount requested by my attorney.

I hereby agree that The Kurland Law Group will bill the account on a monthly basis for all legal costs incurred in and associated with said representation including but not limited to photocopying, telecopying, long distance telephone calls, travel, courier, delivery and mailing charges.

*[Initials]*

211 Jersey Lane
Rockville, MD 20850
301-424-2834 (p)
240-715-4658 (f)

sarikurland.com



**Kurland Law Group**

Admitted MD, DC, & IL Bars

*(Initial)* TW

I hereby agree that all fees are due upon billing and that interest will accrue on any unpaid balance commencing thirty (30) days after billing at the rate of one and one-half percent (1-1/2%) per month.

_____   Dated: 12/14/18
Tom Willis

_____   Dated: 12/17/18
Sari K. Kurland, Attorney

211 Jersey Lane
Rockville, MD 20850
301-424-2834 (p)
240-715-4658 (f)

sarikurland.com